

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

The following cases are set for a jury selection and trial on, **Monday, <u>October 18, 2021, at 9:00 a.m</u>**., in Courtroom No. 1, United States Courthouse, Beaumont, Texas. **Signed plea agreements in criminal cases should be submitted ONE WEEK prior to this date.** Requested jury instructions and exhibit and witness lists in criminal cases should be filed at least two business days before the trial date.

Joint final pre-trial orders and requested jury instructions for civil cases should be delivered to the court at least **fourteen** days before the pretrial hearing and trial scheduling. In civil cases, for each proposed instruction or question to be submitted to the jury, the parties shall provide the court with the applicable legal authority that supports the submission. In addition to filing the proposed jury instructions in the clerk's office, the parties shall provide this court's chambers with their instructions on a diskette that is WordPerfect compatible.

Audiotapes and videotapes used during the trial must be accompanied by a transcript.

**SIGNED** this the 30 day of **September, 2021.**

_____
Thad Heartfield
United States District Judge

**JURY SELECTION AND TRIAL**
**U.S. District Judge Thad Heartfield, Presiding**
**October 18, 2021**

## CRIMINAL CASES

19-CR-169-1        USA V. BEVERLY JILES

    G:    John Ross, Rachel Grove
    D:    Ryan Gertz

19-CR-169-2        USA V. ROBIN LORRAINE HILLIARD

    G:    John Ross, Rachel Grove
    D:    Gary Bonneaux

20-CR-49-1         USA V. JORGE SAYON

    G:    Christopher Rapp
    D:    Sergio Sanchez

20-CR-49-2         USA V. EDWIN ROSALES

    G:    Christopher Rapp
    D:    Jared Gilthorpe

20-CR-49-3         USA V. JESUS GOMEZ

    G:    Christopher Rapp
    D:    Gerardo Montalvo

20-CR-49-6         USA V. NOELIA MUNOZ

    G:    Christopher Rapp
    D:    Ryan Gertz

20-CR-106          USA V. REGINALD RICHARD

         G:     Rachel Grove
         D:     Ryan Gertz

---

20-CR-110-1        USA V. JEAN MARIE TUCKER

         G:     Michelle Englade
         D:     Susan Norman

---

20-CR-110-2        USA V. KRYSTAL MARIE HERNANDEZ

         G:     Michelle Englade
         D:     Marc Carter, James Kennedy

---

20-CR-110-3        USA V. SCOTT ANTHONY ALCORN

         G:     Michelle Englade
         D:     Dustin Galmor

---

20-CR-110-5        USA V. MARIO RASEAN WHITE

         G:     Michelle Englade
         D:     Thomas Kelley

---

20-CR-110-6        USA V. STEVEN RUSSELL CAMP, JR.

         G:     Michelle Englade
         D:     Thomas Burbank

---

20-CR-110-7        USA V. GILBERT LEE TREVINO

         G:     Michelle Englade
         D:     Joel Vazquez

---

20-CR-110-8        USA V. JADE ELIZABETH GREPARES

         G:     Michelle Englade
         D:     Larry Eastepp

| | | |
|---|---|---|
| 20-CR-110-9 | | USA V. SUNY YU ROBINSON |
| | G: | Michelle Englade |
| | D: | Gary Bonneaux |

| | | |
|---|---|---|
| 21-CR-42 | | USA V. SHAUN DWIGHT WELLS |
| | G: | Jonathan Lee |
| | D: | Gary Bonneaux |

| | | |
|---|---|---|
| 21-CR-68 | | USA V. RION CARLOS |
| | G: | Rachel Grove |
| | D: | William Wilkerson |

| | | |
|---|---|---|
| 21-CR-72 | | USA V. RICKY GONZALES |
| | G: | Rachel Grove |
| | D: | David Dies, Chadwick Robinson |

| | | |
|---|---|---|
| 21-CR-75 | | USA V. BETTE DAVIS TOUCHET |
| | G: | Jonathan Lee |
| | D: | Ryan Gertz |

| | | |
|---|---|---|
| 21-CR-77 | | USA V. STEVE EDWARD LEWIS, JR. |
| | G: | Rachel Grove |
| | D: | David Barlow |

| | | |
|---|---|---|
| 21-CR-85 | | USA V. FRANCISCO JAVIER GARCIA-RAMIREZ |
| | G: | Jonathan Lee |
| | D: | Gary Bonneaux |

| | | |
|---|---|---|
| 21-CR-87 | | USA V. BETTE DAVIS TOUCHET |
| | G: | Michelle Englade, Donald Carter, Robert Wells |
| | D: | Ryan Matuska |

## CIVIL CASES

20-CR-261         JOSEPH M. ZACHARY V. UNITED STATES OF AMERICA, ET AL

        P:    Bryan Terrell
        D:    Andrea Parker